IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN EVANS,<br>    Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br>and ROOSEN VARCHETTI &<br>OLIVER-GA, PLLC,<br>    Defendants. | CIVIL ACTION NO.<br>1:19-cv-4366-MHC-CMS |

## ORDER

Benjamin Evans has advised the Court that all issues raised in his motion to compel [Doc. 50] have been resolved. Accordingly, I **DENY** that motion as moot.

**SO ORDERED**, this 18th day of November, 2020.

_/s/ Catherine Salinas_
Catherine M. Salinas
United States Magistrate Judge